UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY DONZELL<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:20cv418-HBK (SS)<br><br>ORDER LIFTING STAY AND DIRECTING PLAINTIFF TO ADVISE WHETHER SERVICE HAS BEEN EFFECTUATED |

This matter comes before the Court upon initial review of the file which was recently reassigned to the undersigned.  *See* Doc. No. 8.  Plaintiff initiated this action on March 20, 2020 and was permitted to proceed *in forma pauperis.*  Doc. No. 4.  On March 25, 2020, the Clerk issued summons (Doc. No. 5) and the Scheduling Order issued (Doc. No. 6).  On April 17, 2020, the Court issued a stay under General Order No. 15 (Doc. No. 7).

A review of the docket reveals no return of the summons indicating that the Commissioner has received timely service of process.  It is unclear whether service was effectuated upon the Commissioner or whether Plaintiff has elected to abandon this action.

Accordingly, it is now **ORDERED**:

1. The Clerk of Court is directed to temporarily lift the stay in this case.

2. Within ten (10) days from the date on this Order, Plaintiff shall advise the Court whether

1

service of process was effectuated upon the Commissioner. If service was effectuated, Plaintiff shall file proof of service with the Clerk.

    3. If Plaintiff wishes to voluntary dismiss this case, he shall file a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41 (a) within ten (10) days.

IT IS SO ORDERED.

Dated:   January 21, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2