UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY DONZELL,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:20-cv-00418-HBK<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION<br><br>FOURTEEN-DAY DEADLINE |

This matter comes before the Court upon periodic review of the file. Plaintiff initiated this action on March 20, 2020. (Doc. No. 1). The Court granted Plaintiff's motion for leave to proceed *in forma pauperis.* (Doc. No. 4). On March 25, 2020, the Clerk issued summons (Doc. No. 5) and a scheduling order issued (Doc. No. 6). On October 21, 2021, the Commissioner lodges the certified administrative record ("CAR") and the Court lifted the stay in this action the next day. (Doc. Nos. 15, 16). The filing of the CAR triggers certain deadlines, including the deadline for Plaintiff to file certain notices with the Court and to file an opening brief in this matter. (Doc. No. 6 at 2, ¶2 b, e). A review of the docket reveals no action by Plaintiff to prosecute this case subsequent to the filing of the CAR. *See* docket. Specifically, Plaintiff has not filed an opening brief by the deadline specified in the Scheduling Order. (*Id*., requiring opening brief no later than 105 days after the filing of the CAR).

Federal Rule of Civil Procedure 41(b) permits courts to involuntarily dismiss an action

when a litigant fails to prosecute an action or fails to comply with a court order.  *See* Fed. R. Civ. P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances.").  Local Rule 110 similarly permits courts to impose sanctions on a party who fails to comply with a court order.

      Accordingly, it is **ORDERED**:

      1.  Within **fourteen (14) days** from receipt of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute and comply with the scheduling order.  If Plaintiff fails to respond to this Order, or explain his inability to respond, the undersigned will recommend the District Court dismiss this case without further notice.

      2.  Alternatively, Plaintiff may file a notice to voluntarily dismiss this case under Fed. R. Civ. P. 41 (a) within **fourteen (14) days**.

Dated:    August 9, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE